# First District Court of Appeal
## State of Florida

_____

No. 1D19-0802
_____

KEVIN DIFULIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert E. Long, Jr., Judge.

October 17, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and BILBREY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.